AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JENSEN STONE ACQUISITION COMPANY, LLC d/b/a TRITON STONE GROUP <br><br> *Plaintiff(s)* <br> v. <br> TRITON STONE OF FORT MYERS, LLC, TRITON STONE GROUP OF ORLANDO, LLC, LOTUS BUSINESS, LLC d/b/a TRITON STONE OF FORT LAUDERDALE, TRITON STONE OF DALLAS, LLC d/b/a ZASO STONE GROUP, JOSHUA KESSLER, <br> *Defendant(s)* | Civil Action No. 0:25-cv-60015-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Triton Stone of Fort Myers, LLC
c/o Registered Agent:
Josh Kessler
800 NW 65th Street
Ft. Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric J. Partlow
Florida Bar No. 556531
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 6, 2025

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JENSEN STONE ACQUISITION COMPANY, LLC d/b/a TRITON STONE GROUP, <br><br> *Plaintiff(s)* <br> v. <br> TRITON STONE OF FORT MYERS, LLC, TRITON STONE GROUP OF ORLANDO, LLC, LOTUS BUSINESS, LLC d/b/a TRITON STONE OF FORT LAUDERDALE, TRITON STONE OF DALLAS, LLC d/b/a ZASO STONE GROUP, JOSHUA KESSLER, <br> *Defendant(s)* | Civil Action No. 0:25-cv-60015-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Triton Stone Group of Orlando, LLC
c/o Registered Agent:
Josh Kessler
800 NW 65th St
Ft. Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric J. Partlow
Florida Bar No. 556531
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 6, 2025

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JENSEN STONE ACQUISITION COMPANY, LLC d/b/a TRITON STONE GROUP <br><br> *Plaintiff(s)* <br> v. <br> TRITON STONE OF FORT MYERS, LLC, TRITON STONE GROUP OF ORLANDO, LLC, LOTUS BUSINESS, LLC d/b/a TRITON STONE OF FORT LAUDERDALE, TRITON STONE OF DALLAS, LLC d/b/a ZASO STONE GROUP, JOSHUA KESSLER, <br> *Defendant(s)* | Civil Action No. 0:25-cv-60015-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lotus Business, LLC d/b/a Triton Stone of Fort Lauderdale
c/o Registered Agent:
Josh Kessler
800 NW 65th St
Ft. Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric J. Partlow
Florida Bar No. 556531
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 6, 2025

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JENSEN STONE ACQUISITION COMPANY, LLC d/b/a TRITON STONE GROUP <br><br> *Plaintiff(s)* <br><br> v. <br><br> TRITON STONE OF FORT MYERS, LLC, TRITON STONE GROUP OF ORLANDO, LLC, LOTUS BUSINESS, LLC d/b/a TRITON STONE OF FORT LAUDERDALE, TRITON STONE OF DALLAS, LLC d/b/a ZASO STONE GROUP, JOSHUA KESSLER, <br> *Defendant(s)* | Civil Action No. 0:25-cv-60015-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Triton Stone of Dallas, LLC
c/o Registered Agent
Randy Mathis
800 NW 65th St
Ft. Lauderdale, FL 33309


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric J. Partlow
Florida Bar No. 556531
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JENSEN STONE ACQUISITION COMPANY, LLC d/b/a TRITON STONE GROUP<br><br>*Plaintiff(s)*<br>v.<br>TRITON STONE OF FORT MYERS, LLC, TRITON STONE GROUP OF ORLANDO, LLC, LOTUS BUSINESS, LLC d/b/a TRITON STONE OF FORT LAUDERDALE, TRITON STONE OF DALLAS, LLC d/b/a ZASO STONE GROUP, JOSHUA KESSLER,<br>*Defendant(s)* | Civil Action No.  0:25-cv-60015-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joshua Kessler
800 NW 65TH ST
FT. LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric J. Partlow
Florida Bar No. 556531
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jan 6, 2025

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JENSEN STONE ACQUISITION COMPANY, LLC d/b/a TRITON STONE GROUP <br><br> *Plaintiff(s)* <br> v. <br> TRITON STONE OF FORT MYERS, LLC, TRITON STONE GROUP OF ORLANDO, LLC, LOTUS BUSINESS, LLC d/b/a TRITON STONE OF FORT LAUDERDALE, TRITON STONE OF DALLAS, LLC d/b/a ZASO STONE GROUP, JOSHUA KESSLER, <br> *Defendant(s)* | Civil Action No. 0:25-cv-60015-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Randy Mathis
800 NW 65TH ST
FT LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric J. Partlow
Florida Bar No. 556531
ADAMS AND REESE LLP
100 North Tampa Street, Suite 4000
Tampa, FL  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jan 6, 2025

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts